09-4185-cv
Pierre v. Summit Security Services, Inc.

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of August, two thousand ten.

PRESENT:
> ROGER J. MINER,
> JOSÉ A. CABRANES,
> CHESTER J. STRAUB,
> *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

APOLLOS PIERRE,

*Plaintiff-Appellant,*

-v.- No. 09-4185-cv

SUMMIT SECURITY SERVICES, INC.,

*Defendant-Appellee.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF-APPELLANT:** Apollos Pierre, *pro se,* New York, NY.

**FOR DEFENDANT-APPELLEE:** Alan M. Sclar and Ryan L. Wright, Silverman Sclar Shin & Byrne PLLC, New York, NY

Appeal from a judgment of the United States District Court for the Southern District of New York (Richard J. Holwell, *Judge*).

1

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-Appellant Apollos Pierre, proceeding *pro se*, appeals the District Court's grant of summary judgment in favor of defendant-appellee Summit Security Services, Inc. on Pierre's discrimination and retaliation claims pursuant to Title VII of the Civil Rights Act of 1964. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's grant of summary judgment *de novo*, construing the evidence in the light most favorable to the non-moving party. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003) (citation omitted). In doing so, we determine whether the district court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *Id.*

Upon independent review of the record, we conclude, for substantially the reasons stated by the District Court in its thorough and well-reasoned opinion of August 14, 2009, that the District Court properly granted summary judgment in favor of Defendant-Appellee. *See Pierre v. Summit Sec. Servs.*, No. 07-cv-02688, 2009 WL 2499740 (S.D.N.Y. Aug. 14, 2009).

We have considered all of Appellant's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the District Court.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

2